**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

FELIX HASSON,

Plaintiff,

-against-

26 **CIVIL** 0114 (DLC)

# JUDGMENT

MAXIMILLIAN KRCHMAR,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 8, 2026, Krchmar's March 25, 2026 motion to dismiss is granted. All federal claims having been dismissed, the Court declines to exercise supplemental jurisdiction over the remaining state and local law claims. This action is dismissed without prejudice to filing the state and local law claims in state court; accordingly, the case is closed.

**Dated:** New York, New York

June 8, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** Nazam Dulal

**Deputy Clerk**