**From:** NYSD_ECF_Pool@nysd.uscourts.gov
**To:** NYSD CourtMail
**Subject:** Activity in Case 1:26-cv-00114-DLC Hasson v. Krchmar Appeal Fee Paid via Pay.gov
**Date:** Monday, July 6, 2026 11:18:20 AM

---

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Southern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 7/6/2026 at 11:17 AM EDT and filed on 7/6/2026
**Case Name:** Hasson v. Krchmar
**Case Number:** 1:26-cv-00114-DLC
**Filer:**
**WARNING: CASE CLOSED on 06/08/2026**
**Document Number:** No document attached

**Docket Text:**
**Appeal Fee Paid electronically via Pay.gov: for [22] Notice of Appeal. Filing fee $ 605.00. Pay.gov receipt number ANYSDC-33087949, paid on 7/4/2026. (tp)**

**1:26-cv-00114-DLC Notice has been electronically mailed to:**

Michael H Ansell michaelansell@nextgencounsel.com, mbouye@bracheichler.com

Lauren Israelovitch Lauren@njaclaw.org

Matthew Mainen matt@njaclaw.org

**1:26-cv-00114-DLC Notice has been delivered by other means to:**

CLOSED,APPEAL,ECF

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:26−cv−00114−DLC

Hasson v. Krchmar
Assigned to: Judge Denise L. Cote
Cause: 42:2000a−3pa Discrimination, segregation; public accommodation − Injunctive Relief

Date Filed: 01/07/2026
Date Terminated: 06/08/2026
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Felix Hasson** represented by

**Matthew Mainen**
41 W Highway 14
Ste 2078
Spearfish, SD 57783
301−814−9007
Email: matt@njaclaw.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauren Israelovitch**
National Jewish Advocacy Center
3 Times Square
Ste New York
NY, NY 10036
914−222−3828
Email: Lauren@njaclaw.org
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Maximillian Krchmar** represented by

**Michael H Ansell**
NextGen Counsel LLC
9 Egbert Avenue
Morristown, NJ 07960
732−539−0920
Email: michaelansell@nextgencounsel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/07/2026 | 1 | COMPLAINT against Maximillian Krchmar. (Filing Fee $ 405.00, Receipt Number ANYSDC−32225505)Document filed by Felix Hasson. (Attachments: # 1 Exhibit Exhibit 1: Original Hasson Tweets, # 2 Exhibit Exhibit 2: Mendez Tweets, # 3 Exhibit Exhibit 3: Facebook Group Chat, # 4 Exhibit Exhibit 4: Hasson Texts to Tirrell, # 5 Exhibit Exhibit 5: Ban Announcement, # 6 Exhibit Exhibit 6: Discord Conversation, # 7 Exhibit Exhibit 7: Krchmar Position on Zionism).(Israelovitch, Lauren) (Entered: 01/07/2026) |
| 01/07/2026 | 2 | **FILING ERROR − PDF ERROR −** CIVIL COVER SHEET filed..(Israelovitch, Lauren) Modified on 1/9/2026 (vf). (Entered: 01/07/2026) |
| 01/07/2026 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to Maximillian Krchmar, re: 1 Complaint,. Document filed by Felix Hasson..(Israelovitch, Lauren) (Entered: 01/07/2026) |
| 01/08/2026 | 4 | MOTION for Matthew Mainen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−32231495. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Felix Hasson. (Attachments: # 1 Affidavit of |

| | | |
|---|---|---|
| | | Good Standing, # 2 Exhibit Certificate of Good Standing 1, # 3 Exhibit Certificate of Good Standing 2, # 4 Proposed Order Granting Pro Hac Vice Motion).(Mainen, Matthew) (Entered: 01/08/2026) |
| 01/08/2026 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 4 MOTION for Matthew Mainen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−32231495. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 01/08/2026) |
| 01/09/2026 | | *****NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Lauren Israelovitch. The following case opening statistical information was erroneously selected/entered: County code New York. The following correction(s) have been made to your case entry: the County code has been modified to XX Out of State. (vf)** (Entered: 01/09/2026) |
| 01/09/2026 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT CIVIL COVER SHEET. Notice to attorney Lauren Israelovitch to RE−FILE Document No. 2 Civil Cover Sheet. The filing is deficient for the following reason(s): Related Case Number information not entered in correct section of form. Re−file the document using the event type Civil Cover Sheet found under the event list Other Documents and attach the correct PDF. (vf)** (Entered: 01/09/2026) |
| 01/09/2026 | | *****NOTICE TO ATTORNEY TO ELECTRONICALLY FILE RELATED CASE STATEMENT. Notice to Attorney Lauren Israelovitch, for non compliance with Local Rule 13 of the Division of Business Among Judges. Attorney must electronically file the Related Case Statement. Use the event type Statement of Relatedness found under the event list Other Documents. (vf)** (Entered: 01/09/2026) |
| 01/09/2026 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Unassigned. (vf) (Entered: 01/09/2026) |
| 01/09/2026 | | Case Designated ECF. (vf) (Entered: 01/09/2026) |
| 01/09/2026 | | CASE REFERRED to Judge Naomi Reice Buchwald as possibly related to 1:24−cv−9693. (vf) (Entered: 01/09/2026) |
| 01/09/2026 | 5 | ELECTRONIC SUMMONS ISSUED as to Maximillian Krchmar. (vf) (Entered: 01/09/2026) |
| 01/09/2026 | 6 | STATEMENT OF RELATEDNESS re: that this action be filed as Document filed by Felix Hasson..(Israelovitch, Lauren) (Entered: 01/09/2026) |
| 01/12/2026 | | CASE DECLINED AS NOT RELATED. Case referred as related to 24cv9693 and declined by Judge Naomi Reice Buchwald and returned to wheel for assignment. (tro) (Entered: 01/13/2026) |
| 01/12/2026 | | NOTICE OF CASE REASSIGNMENT to Judge Denise L. Cote. Judge Unassigned is no longer assigned to the case. (tro) (Entered: 01/13/2026) |
| 01/12/2026 | | Magistrate Judge Robyn F. Tarnofsky is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (tro) (Entered: 01/13/2026) |
| 01/16/2026 | 7 | ORDER granting 4 Motion for Matthew Mainen to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 01/16/2026) |
| 01/21/2026 | 8 | NOTICE OF INITIAL PRETRIAL CONFERENCE: Initial Conference set for 3/12/2026 at 03:00 PM in Courtroom 18B, 500 Pearl Street, New York, NY 10007 before Judge Denise L. Cote. (Signed by Judge Denise L. Cote on 1/21/2026) (rro) (Entered: 01/22/2026) |

| | | |
|---|---|---|
| 01/27/2026 | 9 | WAIVER OF SERVICE RETURNED EXECUTED. Maximillian Krchmar waiver sent on 1/26/2026, answer due 3/27/2026. Document filed by Felix Hasson..(Mainen, Matthew) (Entered: 01/27/2026) |
| 02/20/2026 | 10 | LETTER MOTION for Conference re: 8 Order for Initial Pretrial Conference addressed to Judge Denise L. Cote from Matthew Mainen dated 2/20/2026. Document filed by Felix Hasson..(Mainen, Matthew) (Entered: 02/20/2026) |
| 02/20/2026 | 11 | ORDER granting 10 Letter Motion for Conference. It is hereby ORDERED that the initial pretrial conference scheduled for March 12, 2026, at 3:00 PM shall be held telephonically. The parties shall use the following dial−in credentials: Dial−in: 1−855−244−8681 Access code: 2312 042 2648. The parties shall use a landline if one is available. Please refer to the Order dated January 21, 2026, for all other information relating to the conference. Initial Conference set for 3/12/2026 at 03:00 PM before Judge Denise L. Cote. (Signed by Judge Denise L. Cote on 2/20/2026) (vfr) (Entered: 02/20/2026) |
| 03/10/2026 | 12 | NOTICE OF APPEARANCE OF PRO BONO COUNSEL by Michael H Ansell on behalf of Maximillian Krchmar.(Ansell, Michael) (Entered: 03/10/2026) |
| 03/10/2026 | 13 | PROPOSED STIPULATION AND ORDER. Document filed by Maximillian Krchmar..(Ansell, Michael) (Entered: 03/10/2026) |
| 03/11/2026 | 14 | ORDER: Accordingly, it is hereby ORDERED that the defendant shall file any motion to dismiss by March 25, 2026. IT IS FURTHER ORDERED that the plaintiff shall file any amended complaint by April 10, 2026. It is unlikely that the plaintiff will have a further opportunity to amend. IT IS FURTHER ORDERED that if no amended complaint is filed, the plaintiff shall file any opposition to the motion to dismiss by April 10, 2026. Defendant's reply, if any, shall be filed by April 17, 2026. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York. IT IS FURTHER ORDERED that the initial pretrial conference scheduled for March 12, 2026 is adjourned sine die. ( Amended Pleadings due by 4/10/2026., Motions due by 3/25/2026., Replies due by 4/17/2026., Responses due by 4/10/2026) (Signed by Judge Denise L. Cote on 3/11/2026) (vfr) (Entered: 03/11/2026) |
| 03/25/2026 | 15 | MOTION to Dismiss *Plaintiff's Complaint*. Document filed by Maximillian Krchmar. Responses due by 4/10/2026 (Attachments: # 1 Supplement Memorandum of Law in support of Motion, # 2 Affidavit Declaration of Michael Ansell, Esq., # 3 Exhibit A to Ansell Decl. − Second Amended Complaint, # 4 Exhibit B to Ansell Decl − 2025.09.17 − Letter from Defendant to Court, # 5 Exhibit C to Ansell Decl. − 2025.09.17 − Letter from Plaintiff to Court, # 6 Exhibit D to Ansell Decl − 2025.09.19 − Letter from Defendant to Court, # 7 Exhibit E to Ansell Decl − 2025.09.19 − Letter from Plaintiff to Court, # 8 Exhibit F to Ansell Decl. − 2025.10.08 − Letter from Plaintiff to Court, # 9 Exhibit G to Ansell Decl. − 2025.10.09 − Letter from Defendant to Court, # 10 Exhibit H to Ansell Decl. − 2025.10.22 − Letter from Plaintiff to Court, # 11 Exhibit I to Ansell Decl. − 2025.10.23 − Court Order, # 12 Exhibit J to Ansell Decl. − 2025.11.11 − Letter from Plaintiff to Court, # 13 Affidavit Certification of Service of Motion).(Ansell, Michael) (Entered: 03/25/2026) |
| 04/10/2026 | 16 | MEMORANDUM OF LAW in Opposition re: 15 MOTION to Dismiss *Plaintiff's Complaint*. . Document filed by Felix Hasson..(Mainen, Matthew) (Entered: 04/10/2026) |
| 04/17/2026 | 17 | REPLY MEMORANDUM OF LAW in Support re: 15 MOTION to Dismiss *Plaintiff's Complaint*. . Document filed by Maximillian Krchmar..(Ansell, Michael) (Entered: 04/17/2026) |
| 06/08/2026 | 18 | OPINION AND ORDER re: 15 MOTION to Dismiss *Plaintiff's Complaint* filed by Maximillian Krchmar. Krchmar's March 25, 2026 motion to dismiss is granted. All federal claims having been dismissed, the Court declines to exercise supplemental jurisdiction over the remaining state and local law claims. This action is dismissed without prejudice to filing the state and local law claims in state court. The Clerk of Court shall enter judgment for the defendant on the federal claims and close the case. (Signed by Judge Denise L. Cote on 6/8/2026) (vfr) Transmission to Orders and Judgments Clerk for processing. (Entered: 06/08/2026) |

| | | |
|---|---|---|
| 06/08/2026 | 19 | CLERK'S JUDGMENT re: 18 Opinion & Order. in favor of Maximillian Krchmar against Felix Hasson. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion & Order dated June 8, 2026, Krchmar's March 25, 2026 motion to dismiss is granted. All federal claims having been dismissed, the Court declines to exercise supplemental jurisdiction over the remaining state and local law claims. This action is dismissed without prejudice to filing the state and local law claims in state court; accordingly, the case is closed. (Signed by Clerk of Court Tammi M Hellwig on 6/8/2026) (Attachments: # 1 Notice of right to appeal) (nd) (Entered: 06/08/2026) |
| 07/04/2026 | 20 | **FILING ERROR − NO ORDER SELECTED FOR APPEAL −** NOTICE OF APPEAL. Document filed by Felix Hasson. Filing fee $ 605.00, receipt number ANYSDC−33087949. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Mainen, Matthew) Modified on 7/6/2026 (tp). (Entered: 07/04/2026) |
| 07/04/2026 | 21 | **FILING ERROR − NO ORDER SELECTED FOR APPEAL −** CORRECTED NOTICE OF APPEAL re: 20 Notice of Appeal. Document filed by Felix Hasson..(Mainen, Matthew) Modified on 7/6/2026 (tp). (Entered: 07/04/2026) |
| 07/06/2026 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Matthew Mainen to RE−FILE Document No. 20 Notice of Appeal, 21 Corrected Notice of Appeal. The filing is deficient for the following reason(s): the order/judgment being appealed was not selected. Re−file the appeal using the event type Notice of Appeal found under the event list Appeal Documents − attach the correct signed PDF − select the correct named filer/filers − select the correct order/judgment being appealed − Do Not Pay the Appeal Fee Again. (tp)** (Entered: 07/06/2026) |
| 07/06/2026 | 22 | NOTICE OF APPEAL from 19 Clerk's Judgment,,. Document filed by Felix Hasson. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Mainen, Matthew) (Entered: 07/06/2026) |
| 07/06/2026 | | Appeal Fee Paid electronically via Pay.gov: for 22 Notice of Appeal. Filing fee $ 605.00. Pay.gov receipt number ANYSDC−33087949, paid on 7/4/2026. (tp) (Entered: 07/06/2026) |
| 07/06/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 22 Notice of Appeal. (tp) (Entered: 07/06/2026) |
| 07/06/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 22 Notice of Appeal filed by Felix Hasson were transmitted to the U.S. Court of Appeals. (tp) (Entered: 07/06/2026) |