**No. 26-1833**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

FELIX HASSON
*Plaintiff-Appellant,*

*v.*

MAXIMILLIAN KRCHMAR
*Defendant-Appellee.*

---

On Appeal from the United States District Court for the Southern District of New York, Case No. 1:26-cv-00114-DLC
The Honorable Denise Cote, United States District Judge

# SCHEDULING NOTIFICATION

Matthew Mainen
NATIONAL JEWISH ADVOCACY CENTER
3 Times Square, Suite 517
New York, NY 10036
Telephone: (332) 278-1100 Ext. 707
matt@njaclaw.org

*Attorney for Plaintiff-Appellant*
Felix Hasson

## SCHEDULING NOTIFICATION

Pursuant to Local Rule 31.2(a)(1)(A), Plaintiff-Appellant Felix Hasson respectfully submits this scheduling notification. On July 29, 2026, Hasson filed a certificate stating that no transcript will be ordered. Dkt. 9.1. Hasson respectfully requests that October 28, 2026 be established as the deadline for filing his opening brief and appendix. The requested deadline is within 91 days of the applicable ready date.

Dated: August 3, 2026

*/s/ Matthew Mainen*
Matthew Mainen
*Counsel for Appellant*
*Felix Hasson*