# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
# CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)

**1. SEE NOTICE ON REVERSE.** **2. PLEASE TYPE OR PRINT.** **3. STAPLE ALL ADDITIONAL PAGES**

| Case Caption: | District Court or Agency: | Judge: |
|---|---|---|
| Hasson v. Krchmar | SDNY | Denise Cote |
| | Date the Order or Judgment Appealed from was Entered on the Docket: 6/9/26 | District Court Docket No.: 1:26-cv-00114-DLC |
| | Date the Notice of Appeal was Filed: 7/6/26 | Is this a Cross Appeal? Yes ✔ No |

| | Counsel's Name: Address: Telephone No.: Fax No.: E-mail: |
|---|---|
| **Attorney(s) for Appellant(s):** ✔ Plaintiff / Defendant | Mattthew Mainen, 3 Times Square, Suite 517, New York, NY 10036, 332-278-1100 ex 007, matt@njaclaw.org |
| **Attorney(s) for Appellee(s):** Plaintiff / ✔ Defendant | Michael Ansell, 9 Egbert Avenue, Morristown, New Jersey 07960, (732) 539-0920, michaelansell@nextgencounsel.com |

| Has Transcript Been Prepared? | Approx. Number of Transcript Pages: | Number of Exhibits Appended to Transcript: | Has this matter been before this Circuit previously? Yes ✔ No |
|---|---|---|---|
| N/A | | | If Yes, provide the following:<br>Case Name:<br>2d Cir. Docket No.: Reporter Citation: (i.e., F.3d or Fed. App.) |

***ADDENDUM "A"*:** **COUNSEL MUST ATTACH TO THIS FORM: (1) A BRIEF, BUT NOT PERFUNCTORY, DESCRIPTION OF THE NATURE OF THE ACTION; (2) THE RESULT BELOW; (3) A COPY OF THE NOTICE OF APPEAL AND A CURRENT COPY OF THE LOWER COURT DOCKET SHEET; AND (4) A COPY OF ALL RELEVANT OPINIONS/ORDERS FORMING THE BASIS FOR THIS APPEAL, INCLUDING TRANSCRIPTS OF ORDERS ISSUED FROM THE BENCH OR IN CHAMBERS.**

***ADDENDUM "B"*:** **COUNSEL MUST ATTACH TO THIS FORM A LIST OF THE ISSUES PROPOSED TO BE RAISED ON APPEAL, AS WELL AS THE APPLICABLE APPELLATE STANDARD OF REVIEW FOR EACH PROPOSED ISSUE.**

## PART A: JURISDICTION

| 1. Federal Jurisdiction | | 2. Appellate Jurisdiction | |
|---|---|---|---|
| U.S. a party | Diversity | ✔ Final Decision | Order Certified by District Judge (i.e., Fed. R. Civ. P. 54(b)) |
| ✔ Federal question (U.S. not a party) | Other (specify): ________ | Interlocutory Decision Appealable As of Right | Other (specify): ________ |

**IMPORTANT. COMPLETE AND SIGN REVERSE SIDE OF THIS FORM.**

## PART B: DISTRICT COURT DISPOSITION (Check as many as apply)

| 1. Stage of Proceedings | 2. Type of Judgment/Order Appealed | | 3. Relief | |
|---|---|---|---|---|
| ✔ Pre-trial<br>During trial<br>After trial | Default judgment<br>Dismissal/FRCP 12(b)(1) lack of subj. matter juris.<br>✔ Dismissal/FRCP 12(b)(6) failure to state a claim<br>Dismissal/28 U.S.C. § 1915(e)(2) frivolous complaint<br>Dismissal/28 U.S.C. § 1915(e)(2) other dismissal | Dismissal/other jurisdiction<br>Dismissal/merit<br>Judgment / Decision of the Court<br>Summary judgment<br>Declaratory judgment<br>Jury verdict<br>Judgment NOV<br>Directed verdict<br>Other (specify): | Damages:<br>Sought: $ ______<br>Granted: $ ______<br>Denied: $ ______ | Injunctions:<br>Preliminary<br>Permanent<br>Denied |

## PART C: NATURE OF SUIT (Check as many as apply)

| 1. Federal Statutes | | | 2. Torts | 3. Contracts | 4. Prisoner Petitions |
|---|---|---|---|---|---|
| Antitrust<br>Bankruptcy<br>Banks/Banking<br>✔ Civil Rights<br>Commerce, Energy<br>Commodities<br>Other (specify): __________ | Communications<br>Consumer Protection<br>Copyright ☐ Patent<br>Trademark<br>Election<br>Soc. Security<br>Environmental | Freedom of Information Act<br>Immigration<br>Labor<br>OSHA<br>Securities<br>Tax | Admiralty/ Maritime<br>Assault / Defamation<br>FELA<br>Products Liability<br>Other (Specify): | Admiralty/ Maritime<br>Arbitration<br>Commercial<br>Employment<br>Insurance<br>Negotiable Instruments<br>Other Specify | Civil Rights<br>Habeas Corpus<br>Mandamus<br>Parole<br>Vacate Sentence<br>Other |

| 5. Other | 6. General | 7. |
|---|---|---|
| Forfeiture/Penalty<br>Real Property<br>Treaty (specify): __________<br>Other (specify): __________ | Arbitration<br>Attorney Disqualification<br>Class Action<br>Counsel Fees<br>Shareholder Derivative<br>Transfer | Will appeal raise constitutional issue(s)?<br>Yes ✔ No<br><br>Will appeal raise a matter of first impression?<br>✔ Yes No |

1. Is any matter relative to this appeal still pending below? Yes, specify: ____________________ ✔ No

2. To your knowledge, is there any case presently pending or about to be brought before this Court or another court or administrative agency which:
   (A) Arises from substantially the same case or controversy as this appeal? Yes ✔ No

   (B) Involves an issue that is substantially similar or related to an issue in this appeal? Yes ✔ No

If yes, state whether "A," or "B," or both are applicable, and provide in the spaces below the following information on the *other* action(s):

| Case Name: | Docket No. | Citation: | Court or Agency: |
|---|---|---|---|
| Name of Appellant: | | | |

| Date: | Signature of Counsel of Record: /s/Matthew Mainen |
|---|---|

## NOTICE TO COUNSEL

**Once you have filed your Notice of Appeal with the District Court or the Tax Court, you have only 14 days in which to complete the following important steps:**

1. Complete this Civil Appeal Pre-Argument Statement (Form C); serve it upon all parties, and file it with the Clerk of the Second Circuit in accordance with LR 25.1.
2. File the Court of Appeals Transcript Information/Civil Appeal Form (Form D) with the Clerk of the Second Circuit in accordance with LR 25.1.
3. Pay the$505 docketing fee to the United States District Court or the $500 docketing fee to the United States Tax Court unless you are authorized to prosecute the appeal without payment.

**PLEASE NOTE: IF YOU DO NOT COMPLY WITH THESE REQUIREMENTS WITHIN 14 DAYS, YOUR APPEAL WILL BE DISMISSED.** *SEE* LOCAL RULE 12.1.

**No. 26-1833**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

FELIX HASSON
*Plaintiff-Appellant,*

*v.*

MAXIMILLIAN KRCHMAR
*Defendant-Appellee.*

---

On Appeal from the United States District Court for the Southern District of New York, Case No. 1:26-cv-00114-DLC
The Honorable Denise Cote, United States District Judge

# ADDENDA A & B TO FORM C

Matthew Mainen
NATIONAL JEWISH ADVOCACY CENTER
3 Times Square, Suite 517
New York, NY 10036
Telephone: (332) 278-1100 Ext. 707
matt@njaclaw.org

*Attorney for Plaintiff-Appellant*
Felix Hasson

## ADDENDUM A

## DESCRIPTION OF ACTION AND RESULTS

As alleged, this matter centers on the preemptive removal of Appellant Felix Hasson, a Jewish professional video game player, from a tournament due to (1) complaints over Hasson's Zionism and (2) related independent animus on the part of Appellee Maximillian Krchmar, a decisionmaker in Hasson's removal. Both the individual spearheading Hasson's cancellation and Krchmar himself contemporaneously referred to Hasson as a "Zionist weasel," antisemitic terminology echoing Third Reich slurs against Jews.

Hasson pled Zionism as a sincerely held Jewish religious belief, as interconnected with his racial and national origin identities, and sought relief pursuant to: Title II of the Civil Rights Act of 1964, 42 U.S.C. § 2000a; the Civil Rights Act of 1866, 42 U.S.C. §§ 1981 and 1982; the Civil Rights Act of 1871, 42 U.S.C. § 1985; New York Executive Law § 296; N.Y. Civ. Rights Law §§ 40, 40-c, and 41; the New York City Human Rights Law, NYC Admin. Code 8-107; and common law tortious interference with contractual relations.

The lower court found against Hasson on Title II, which only permits prospective relief, by finding no threat of future harm. In making this finding, the lower court (1) looked outside the pleadings to Hasson's attendance at a tournament co-organized by Krchmar occurring *after* the complaint was filed and (2) mistook a stipulated preliminary injunction Hasson proposed to Krchmar, which would have granted all of Hasson's demands for prospective relief, as one offered by Krchmar to Hasson. Broadly, the lower court determined without fact-finding that Krchmar did not intend Hasson future harm, declining to weigh the plausibility that pending litigation motivated Krchmar's conciliatory gestures, without which discrimination would return.

The lower court found against Hasson on his remaining federal claims, all requiring intentional race discrimination, holding without fact-finding that Krchmar removed Hasson on the race neutral grounds of safety, discounting that (1) such concerns were linked to Hasson's Zionism rather than an actual safety threat and (2) Krchmar contemporaneously referred to Hasson's Zionism but not a safety concern in proximity to removing Hasson by calling him a "Zionist weasel." Thus, the lower court both created and resolved disputes in

material fact on Krchmar's motivation at the pleading stage. The lower court otherwise rejected that Krchmar's use of the slur constituted direct evidence of discrimination because he said it "approximately an hour after" removing Hasson. The lower court also found Zionism to be "race neutral," contrary to ample jurisprudence and Hasson's pleadings, including the portion of the pleadings the lower court cited.

Finally, the lower court declined to exercise supplemental jurisdiction over Hasson's state law claims. Hasson appeals.

## <u>DOCKETING OF REQUIRED LOWER COURT MATERIALS</u>

The lower court opinion forming the basis of this appeal was docketed on 7/7/26 at Dkt. 2.1. There are no other relevant orders or opinions and no hearings occurred, transcribed or otherwise. The Notice of Appeal and Docket Sheet were docketed on 7/8/26 at Dkt. 6.1.

## ADDENDUM B: ISSUES ON APPEAL

The following are the issues for review, subject to revision and reformulation in merits briefing:

1. Whether the lower court erred in finding Hasson did not state a claim under Title II as such and in consideration of, but not limited to: its adverse finding on standing by reviewing matters outside the pleadings and giving dispositive weight without fact-finding to Krchmar's seeming conciliatory gestures.
2. Whether the lower court erred in finding Hasson did not state claims under 42 U.S.C. §§ 1981, 1982, & 1985, as such and in consideration of, but not limited to: both creating and resolving disputes in material fact on motivation at the pleading stage, finding Zionism a race neutral ideology, and determining as a matter of law that derogatory statements made shortly after an adverse action cannot constitute direct evidence that the adverse action was motivated by discrimination.
3. Whether the lower court erred in declining to exercise supplemental jurisdiction over Hasson's state and local law claims.

The first two issues are reviewed de novo. The dismissal of the state and local claims is wholly derivative of those rulings because the district court declined supplemental jurisdiction solely after dismissing every federal claim.

Dated: August 3, 2026

*/s/ Matthew Mainen*
Matthew Mainen
*Counsel for Appellant*
*Felix Hasson*

CLOSED,APPEAL,ECF

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:26−cv−00114−DLC

Hasson v. Krchmar
Assigned to: Judge Denise L. Cote
Cause: 42:2000a−3pa Discrimination, segregation; public accommodation − Injunctive Relief

Date Filed: 01/07/2026
Date Terminated: 06/08/2026
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Felix Hasson** represented by **Matthew Mainen**
41 W Highway 14
Ste 2078
Spearfish, SD 57783
301−814−9007
Email: matt@njaclaw.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauren Israelovitch**
National Jewish Advocacy Center
3 Times Square
Ste New York
NY, NY 10036
914−222−3828
Email: Lauren@njaclaw.org
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Maximillian Krchmar** represented by **Michael H Ansell**
NextGen Counsel LLC
9 Egbert Avenue
Morristown, NJ 07960
732−539−0920
Email: michaelansell@nextgencounsel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/07/2026 | 1 | COMPLAINT against Maximillian Krchmar. (Filing Fee $ 405.00, Receipt Number ANYSDC−32225505)Document filed by Felix Hasson. (Attachments: # 1 Exhibit Exhibit 1: Original Hasson Tweets, # 2 Exhibit Exhibit 2: Mendez Tweets, # 3 Exhibit Exhibit 3: Facebook Group Chat, # 4 Exhibit Exhibit 4: Hasson Texts to Tirrell, # 5 Exhibit Exhibit 5: Ban Announcement, # 6 Exhibit Exhibit 6: Discord Conversation, # 7 Exhibit Exhibit 7: Krchmar Position on Zionism).(Israelovitch, Lauren) (Entered: 01/07/2026) |
| 01/07/2026 | 2 | **FILING ERROR − PDF ERROR** − CIVIL COVER SHEET filed..(Israelovitch, Lauren) Modified on 1/9/2026 (vf). (Entered: 01/07/2026) |
| 01/07/2026 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to Maximillian Krchmar, re: 1 Complaint,. Document filed by Felix Hasson..(Israelovitch, Lauren) (Entered: 01/07/2026) |
| 01/08/2026 | 4 | MOTION for Matthew Mainen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−32231495. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Felix Hasson. (Attachments: # 1 Affidavit of |

| | | |
|---|---|---|
| | | Good Standing, # 2 Exhibit Certificate of Good Standing 1, # 3 Exhibit Certificate of Good Standing 2, # 4 Proposed Order Granting Pro Hac Vice Motion).(Mainen, Matthew) (Entered: 01/08/2026) |
| 01/08/2026 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 4 MOTION for Matthew Mainen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−32231495. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 01/08/2026) |
| 01/09/2026 | | *****NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Lauren Israelovitch. The following case opening statistical information was erroneously selected/entered: County code New York. The following correction(s) have been made to your case entry: the County code has been modified to XX Out of State. (vf)** (Entered: 01/09/2026) |
| 01/09/2026 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT CIVIL COVER SHEET. Notice to attorney Lauren Israelovitch to RE−FILE Document No. 2 Civil Cover Sheet. The filing is deficient for the following reason(s): Related Case Number information not entered in correct section of form. Re−file the document using the event type Civil Cover Sheet found under the event list Other Documents and attach the correct PDF. (vf)** (Entered: 01/09/2026) |
| 01/09/2026 | | *****NOTICE TO ATTORNEY TO ELECTRONICALLY FILE RELATED CASE STATEMENT. Notice to Attorney Lauren Israelovitch, for non compliance with Local Rule 13 of the Division of Business Among Judges. Attorney must electronically file the Related Case Statement. Use the event type Statement of Relatedness found under the event list Other Documents. (vf)** (Entered: 01/09/2026) |
| 01/09/2026 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Unassigned. (vf) (Entered: 01/09/2026) |
| 01/09/2026 | | Case Designated ECF. (vf) (Entered: 01/09/2026) |
| 01/09/2026 | | CASE REFERRED to Judge Naomi Reice Buchwald as possibly related to 1:24−cv−9693. (vf) (Entered: 01/09/2026) |
| 01/09/2026 | 5 | ELECTRONIC SUMMONS ISSUED as to Maximillian Krchmar. (vf) (Entered: 01/09/2026) |
| 01/09/2026 | 6 | STATEMENT OF RELATEDNESS re: that this action be filed as Document filed by Felix Hasson..(Israelovitch, Lauren) (Entered: 01/09/2026) |
| 01/12/2026 | | CASE DECLINED AS NOT RELATED. Case referred as related to 24cv9693 and declined by Judge Naomi Reice Buchwald and returned to wheel for assignment. (tro) (Entered: 01/13/2026) |
| 01/12/2026 | | NOTICE OF CASE REASSIGNMENT to Judge Denise L. Cote. Judge Unassigned is no longer assigned to the case. (tro) (Entered: 01/13/2026) |
| 01/12/2026 | | Magistrate Judge Robyn F. Tarnofsky is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (tro) (Entered: 01/13/2026) |
| 01/16/2026 | 7 | ORDER granting 4 Motion for Matthew Mainen to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 01/16/2026) |
| 01/21/2026 | 8 | NOTICE OF INITIAL PRETRIAL CONFERENCE: Initial Conference set for 3/12/2026 at 03:00 PM in Courtroom 18B, 500 Pearl Street, New York, NY 10007 before Judge Denise L. Cote. (Signed by Judge Denise L. Cote on 1/21/2026) (rro) (Entered: 01/22/2026) |

| | | |
|---|---|---|
| 01/27/2026 | 9 | WAIVER OF SERVICE RETURNED EXECUTED. Maximillian Krchmar waiver sent on 1/26/2026, answer due 3/27/2026. Document filed by Felix Hasson..(Mainen, Matthew) (Entered: 01/27/2026) |
| 02/20/2026 | 10 | LETTER MOTION for Conference re: 8 Order for Initial Pretrial Conference addressed to Judge Denise L. Cote from Matthew Mainen dated 2/20/2026. Document filed by Felix Hasson..(Mainen, Matthew) (Entered: 02/20/2026) |
| 02/20/2026 | 11 | ORDER granting 10 Letter Motion for Conference. It is hereby ORDERED that the initial pretrial conference scheduled for March 12, 2026, at 3:00 PM shall be held telephonically. The parties shall use the following dial−in credentials: Dial−in: 1−855−244−8681 Access code: 2312 042 2648. The parties shall use a landline if one is available. Please refer to the Order dated January 21, 2026, for all other information relating to the conference. Initial Conference set for 3/12/2026 at 03:00 PM before Judge Denise L. Cote. (Signed by Judge Denise L. Cote on 2/20/2026) (vfr) (Entered: 02/20/2026) |
| 03/10/2026 | 12 | NOTICE OF APPEARANCE OF PRO BONO COUNSEL by Michael H Ansell on behalf of Maximillian Krchmar.(Ansell, Michael) (Entered: 03/10/2026) |
| 03/10/2026 | 13 | PROPOSED STIPULATION AND ORDER. Document filed by Maximillian Krchmar..(Ansell, Michael) (Entered: 03/10/2026) |
| 03/11/2026 | 14 | ORDER: Accordingly, it is hereby ORDERED that the defendant shall file any motion to dismiss by March 25, 2026. IT IS FURTHER ORDERED that the plaintiff shall file any amended complaint by April 10, 2026. It is unlikely that the plaintiff will have a further opportunity to amend. IT IS FURTHER ORDERED that if no amended complaint is filed, the plaintiff shall file any opposition to the motion to dismiss by April 10, 2026. Defendant's reply, if any, shall be filed by April 17, 2026. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York. IT IS FURTHER ORDERED that the initial pretrial conference scheduled for March 12, 2026 is adjourned sine die. ( Amended Pleadings due by 4/10/2026., Motions due by 3/25/2026., Replies due by 4/17/2026., Responses due by 4/10/2026) (Signed by Judge Denise L. Cote on 3/11/2026) (vfr) (Entered: 03/11/2026) |
| 03/25/2026 | 15 | MOTION to Dismiss *Plaintiff's Complaint*. Document filed by Maximillian Krchmar. Responses due by 4/10/2026 (Attachments: # 1 Supplement Memorandum of Law in support of Motion, # 2 Affidavit Declaration of Michael Ansell, Esq., # 3 Exhibit A to Ansell Decl. − Second Amended Complaint, # 4 Exhibit B to Ansell Decl − 2025.09.17 − Letter from Defendant to Court, # 5 Exhibit C to Ansell Decl. − 2025.09.17 − Letter from Plaintiff to Court, # 6 Exhibit D to Ansell Decl − 2025.09.19 − Letter from Defendant to Court, # 7 Exhibit E to Ansell Decl − 2025.09.19 − Letter from Plaintiff to Court, # 8 Exhibit F to Ansell Decl. − 2025.10.08 − Letter from Plaintiff to Court, # 9 Exhibit G to Ansell Decl. − 2025.10.09 − Letter from Defendant to Court, # 10 Exhibit H to Ansell Decl. − 2025.10.22 − Letter from Plaintiff to Court, # 11 Exhibit I to Ansell Decl. − 2025.10.23 − Court Order, # 12 Exhibit J to Ansell Decl. − 2025.11.11 − Letter from Plaintiff to Court, # 13 Affidavit Certification of Service of Motion).(Ansell, Michael) (Entered: 03/25/2026) |
| 04/10/2026 | 16 | MEMORANDUM OF LAW in Opposition re: 15 MOTION to Dismiss *Plaintiff's Complaint*. . Document filed by Felix Hasson..(Mainen, Matthew) (Entered: 04/10/2026) |
| 04/17/2026 | 17 | REPLY MEMORANDUM OF LAW in Support re: 15 MOTION to Dismiss *Plaintiff's Complaint*. . Document filed by Maximillian Krchmar..(Ansell, Michael) (Entered: 04/17/2026) |
| 06/08/2026 | 18 | OPINION AND ORDER re: 15 MOTION to Dismiss *Plaintiff's Complaint* filed by Maximillian Krchmar. Krchmar's March 25, 2026 motion to dismiss is granted. All federal claims having been dismissed, the Court declines to exercise supplemental jurisdiction over the remaining state and local law claims. This action is dismissed without prejudice to filing the state and local law claims in state court. The Clerk of Court shall enter judgment for the defendant on the federal claims and close the case. (Signed by Judge Denise L. Cote on 6/8/2026) (vfr) Transmission to Orders and Judgments Clerk for processing. (Entered: 06/08/2026) |

| | | |
|---|---|---|
| 06/08/2026 | 19 | CLERK'S JUDGMENT re: 18 Opinion & Order. in favor of Maximillian Krchmar against Felix Hasson. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion & Order dated June 8, 2026, Krchmar's March 25, 2026 motion to dismiss is granted. All federal claims having been dismissed, the Court declines to exercise supplemental jurisdiction over the remaining state and local law claims. This action is dismissed without prejudice to filing the state and local law claims in state court; accordingly, the case is closed. (Signed by Clerk of Court Tammi M Hellwig on 6/8/2026) (Attachments: # 1 Notice of right to appeal) (nd) (Entered: 06/08/2026) |
| 07/04/2026 | 20 | **FILING ERROR − NO ORDER SELECTED FOR APPEAL −** NOTICE OF APPEAL. Document filed by Felix Hasson. Filing fee $ 605.00, receipt number ANYSDC−33087949. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Mainen, Matthew) Modified on 7/6/2026 (tp). (Entered: 07/04/2026) |
| 07/04/2026 | 21 | **FILING ERROR − NO ORDER SELECTED FOR APPEAL −** CORRECTED NOTICE OF APPEAL re: 20 Notice of Appeal. Document filed by Felix Hasson..(Mainen, Matthew) Modified on 7/6/2026 (tp). (Entered: 07/04/2026) |
| 07/06/2026 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Matthew Mainen to RE−FILE Document No. 20 Notice of Appeal, 21 Corrected Notice of Appeal. The filing is deficient for the following reason(s): the order/judgment being appealed was not selected. Re−file the appeal using the event type Notice of Appeal found under the event list Appeal Documents − attach the correct signed PDF − select the correct named filer/filers − select the correct order/judgment being appealed − Do Not Pay the Appeal Fee Again. (tp)** (Entered: 07/06/2026) |
| 07/06/2026 | 22 | NOTICE OF APPEAL from 19 Clerk's Judgment,,. Document filed by Felix Hasson. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Mainen, Matthew) (Entered: 07/06/2026) |
| 07/06/2026 | | Appeal Fee Paid electronically via Pay.gov: for 22 Notice of Appeal. Filing fee $ 605.00. Pay.gov receipt number ANYSDC−33087949, paid on 7/4/2026. (tp) (Entered: 07/06/2026) |
| 07/06/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 22 Notice of Appeal. (tp) (Entered: 07/06/2026) |
| 07/06/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 22 Notice of Appeal filed by Felix Hasson were transmitted to the U.S. Court of Appeals. (tp) (Entered: 07/06/2026) |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

FELIX HASSON,

Plaintiff,

-against-

MAXIMILLIAN KRCHMAR,

Defendants.

-------------------------------------------------------------X

26 **CIVIL** 0114 (DLC)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 8, 2026, Krchmar’s March 25, 2026 motion to dismiss is granted. All federal claims having been dismissed, the Court declines to exercise supplemental jurisdiction over the remaining state and local law claims. This action is dismissed without prejudice to filing the state and local law claims in state court; accordingly, the case is closed.

**Dated:** New York, New York

June 8, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**