**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, in the City of New York, on the 11th day of August, two thousand twenty-six.

---

Hasson

v.

Krchmar

---

**ORDER**
26-1833

The Court's Order dated August 10, 2026 scheduling a mediation with the Civil Appeals Mediation Program ("CAMP") for September 21, 2026 is hereby VACATED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court