**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 26-1833

Caption [use short title]: Hasson v. Krchmar

**Motion for:** Scheduling Order for Opening Brief

Set forth below precise, complete statement of relief sought:

Appellant seeks a scheduling order for the opening brief to be due on November 27, 2026. No scheduling order has been issued in this case.

**MOVING PARTY:** Felix Hasson

**OPPOSING PARTY:** Maximillian Krchmar

☐ Plaintiff ☐ Defendant

☑ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** Matthew Mainen

**OPPOSING ATTORNEY:** Michael Ansell

[name of attorney, with firm, address, phone number and e-mail]

| Moving Attorney | Opposing Attorney |
| --- | --- |
| National Jewish Advocacy Center | NextGen Counsel LLC |
| 3 Times Square, Suite 512, New York, NY 10036 | 9 Egbert Avenue, Morristown, NJ 07960 |
| 301-814-9007;matt@njaclaw.org | 732-539-0920; michaelansell@nextgencounsel.com |

Court- Judge/ Agency appealed from: Denise Cote, SDNY

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☑ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No

Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No If yes, enter date:

**Signature of Moving Attorney:**

/s/ Matthew Mainen **Date:** 10/19/26 Service by: ☑ CM/ECF ☐ Other [Attach proof of service]

**No. 26-1833**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

FELIX HASSON
*Plaintiff-Appellant,*

*v.*

MAXIMILLIAN KRCHMAR
*Defendant-Appellee.*

---

On Appeal from the United States District Court for the Southern District of New York, Case No. 1:26-cv-00114-DLC
The Honorable Denise Cote, United States District Judge

# MOTION FOR SCHEDULING ORDER

Matthew Mainen
NATIONAL JEWISH ADVOCACY CENTER
3 Times Square, Suite 512
New York, NY 10036
Telephone: (332) 278-1100 Ext. 707
matt@njaclaw.org

*Attorney for Plaintiff-Appellant*
Felix Hasson

Appellant Felix Hasson, by and through undersigned counsel, hereby files this Motion for Scheduling Order and states as follows:

On August 3, 2026, Hasson filed a scheduling notification requesting that his opening brief be due on October 28, 2026. No scheduling order was subsequently issued, and so there is no present scheduling order to be modified.

Hasson respectfully requests an initial scheduling order to be issued requiring that his opening brief be due on **November 27, 2026**. As Hasson's counsel is in the process of partnering with a law school legal clinic, this deadline will allow for adequate time to orient the clinic to the case and accommodate the clinic's pedagogical needs.

Dated: October 19, 2026

*<u>/s/ Matthew Mainen</u>*
Matthew Mainen
*Counsel for Appellant*
*Felix Hasson*