# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of October, two thousand twenty-six.

---

**ORDER**

Docket No. 26-1833

Felix Hasson,

Plaintiff - Appellant,

v.

Maximillian Krchmar,

Defendant - Appellee.

---

Appellant moves the Court to issue a briefing schedule with Appellant's opening brief due November 27, 2026.

IT IS HEREBY ORDERED that the motion to issue a briefing schedule is GRANTED. The Court will be closed on Friday, November 27, 2026, therefore Appellant's opening brief and appendix are due Monday, November 30, 2026.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

